Order issued December 5, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00417-CV

## THE BANK OF NEW YORK MELLON, Appellant

## V.

## CARMEN GUZMAN AND JOSE GUZMAN, Appellees

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-05458**

## O R D E R

Before the Court is appellant The Bank of New York Mellon's December 3, 2012 Motion

to Expedite Issuing the Mandate. We **GRANT** the motion. *See* TEX. R. APP. P. 18.6. We **DIRECT**

the clerk of the court to immediately issue the mandate in this case.

ROBERT M. FILLMORE
JUSTICE